IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ENCHANTED GREEN LLC,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:23-cv-00696 |
| ) | |
| **ALABAMA MEDICAL CANNABIS** ) | |
| **COMMISSION;** ) | |
| **WILLIAM SALISKI, JR., M.D.;** ) | |
| **SAM BLAKEMORE;** ) | |
| **DWIGHT GAMBLE;** ) | |
| **ANGELA MARTIN, M.D.;** ) | |
| **ERIC JENSEN;** ) | |
| **LOREE SKELTON;** ) | |
| **REX VAUGHN;** ) | |
| **CHARLES PRICE;** ) | |
| **TAYLOR HATCHETT;** ) | |
| **JAMES HARWELL;** ) | |
| **JERZY SZAFLARSKI, M.D.;** ) | |
| **DION ROBINSON;** ) | |
| **JIMMIE H. HARVEY, M.D., et al.,** ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF**

Plaintiff Enchanted Green LLC, by and through its undersigned counsel of record, hereby moves this Honorable Court for a temporary restraining order and preliminary injunctive relief pursuant to Fed. R. Civ. P. 65 along the lines described in, and for all of the reasons set forth in, the accompanying Memorandum Brief,

which is expressly incorporated herein and filed contemporaneously herewith.

                                               Respectfully submitted,

                                               /*s*/ Justin C. Owen
                                               Justin C. Owen (ASB-9718-I36O)
                                               *Attorney for Plaintiff Enchanted Green LLC*

<u>OF COUNSEL</u>:

BODEWELL, LLP
1286 Oak Grove Road, Suite 200
Birmingham, AL 35209
Tel.: (205) 533-7878
Fax : (205) 922-5819
Email : Justin@bodewell-law.com

# CERTIFICATE OF SERVICE

      I hereby certify that on the 4th day of December, 2023, I filed and served a copy of the foregoing upon all parties and attorneys of record via the Court's CM/ECF electronic filing system, electronic mail, private process server, and/or U.S. Postal Service First Class Mail and/or Certified Mail (postage prepaid), which will send notification of such filing to the following persons, entities, and parties of record:

**Alabama Medical Cannabis Commission**
**Attn: Director John McMillan**
**445 Dexter Avenue, Suite 8040**
**Montgomery, AL 36104**

**William Saliski, Jr., M.D.**
**Alabama State House Room 200**
**11 South Union Street**
**Montgomery, AL 36130**

**Sam Blakemore**
**Alabama State House Room 200**
**11 South Union Street**
**Montgomery, AL 36130**

**Dwight Gamble**
**Alabama State House Room 200**
**11 South Union Street**
**Montgomery, AL 36130**

**Angela Martin, M.D.**
**Alabama State House Room 200**
**11 South Union Street**
**Montgomery, AL 36130**

**Eric Jensen**
**Alabama State House Room 200**
**11 South Union Street**
**Montgomery, AL 36130**

**Loree Skelton**
**Alabama State House Room 200**
**11 South Union Street**
**Montgomery, AL 36130**

**Rex Vaughn**
**Alabama State House Room 200**
**11 South Union Street**
**Montgomery, AL 36130**

**Charles Price**
**Alabama State House Room 200**
**11 South Union Street**
**Montgomery, AL 36130**

**Taylor Hatchett**
**Alabama State House Room 200**
**11 South Union Street**
**Montgomery, AL 36130**

**James Harwell**
**Alabama State House Room 200**
**11 South Union Street**
**Montgomery, AL 36130**

**Jerzy Szaflarski, M.D.**
**Alabama State House Room 200**
**11 South Union Street**
**Montgomery, AL 36130**

**Dion Robinson**
**Alabama State House Room 200**
**11 South Union Street**
**Montgomery, AL 36130**

**Jimmie H. Harvey, M.D.**
**Alabama State House Room 200**
**11 South Union Street**
**Montgomery, AL 36130**

Plaintiff's counsel further certifies that prior to filing the Complaint and this/these Motion filing(s), he has informed and/or has attempted to inform the following parties/attorneys/persons who are known to represent Defendant Alabama Medical Cannabis Commission as well as its members/commissioners (the remaining Defendants), of the filing of this lawsuit and this Motion:

Justin C. Aday
445 Dexter Avenue, Suite 8040
Montgomery, AL 36104
Email: Justin.aday@amcc.Alabama.gov

William H. Webster
Webster, Henry, Bradwell, Cohan,
Speagle & DeShazo, P.C.
P.O. Box 239
Montgomery, AL 36101-0239
Email: will@websterhenry.com

Mark D. Wilkerson
Wilkerson & Bryan, P.C.
P.O. Box 830
Montgomery, AL 36101-0830
Email: mark@wilkersonbryan.com

Plaintiff's counsel further certifies and represents that he will provide Mr. Aday, Mr. Webster, and Mr. Wilkerson with copies of this/these filing(s) and the case number for this matter once assigned.

/*s*/ Justin C. Owen
OF COUNSEL