IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| ENCHANTED GREEN LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL CASE NO. 2:23-cv-696-ECM |
| | ) | |
| ALABAMA MEDICAL CANNABIS | ) | |
| COMMISSION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

For good cause, it is

ORDERED that the Court's December 4, 2023 Order (doc. 11) is AMENDED to the extent that the Clerk of the Court is DIRECTED to serve copies of the Order (doc. 11) on each of the 14 Defendants by overnight mail to the physical address provided on Page 1 of the proposed summons (doc. 8 at 1). All other provisions of the Court's December 4, 2023 Order (doc. 11) remain in effect.

DONE this 5th day of December, 2023.

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE